# UNITED STATES DISTRICT COURT
## District of Minnesota

Domingo Mendoza Mendez,

            Petitioner,

v.

Ryan Shea, Peter Berg, Todd Lyons, Kristi Noem,

            Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-02830-LMP-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Mendoza Mendez's Motion for a Preliminary Injunction (ECF No. 2) is

DENIED;

2. The Temporary Restraining Order entered on July 15, 2025 (ECF No. 10),

and extended on July 29, 2025 (ECF No. 23), is LIFTED, effective immediately; and

3. Mendoza Mendez's Petition for a Writ of Habeas Corpus (ECF No. 1) is

DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Date: 8/4/2025                                                                         KATE M. FOGARTY, CLERK